```
               UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF TENNESSEE
                     NASHVILLE DIVISION
```

ADRIAN WILKERSON,                )
                                 )
        Petitioner,              )
                                 )
    v.                           )    Case No.  3:03-1223
                                 )    Judge Echols
RICKY J. BELL, WARDEN,           )
                                 )
        Respondent.              )

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Court rules as follows:

(1) The Report and Recommendation of the Magistrate Judge (Docket Entry No. 44) is hereby ACCEPTED;

(2) "Petitioner's Pro Se Motion Pursuant to F.R.C.P. Rule 11(a) to Strike Motion for Summary Judgment and Magistrate's Report and Recommendation" (Docket Entry No. 46) is hereby DENIED;

(3) "Petitioner's Response in Objection to the Magistrate's Report and Recommendation" (Docket Entry No. 49) is hereby OVERRULED;

(4) Petitioner's "Objection to Magistrate Judge's Report and Recommendation" (Docket Entry No. 50) is hereby OVERRULED;

(5) Respondent's Motion for Summary Judgment (Docket Entry No. 25) is hereby GRANTED; and

(6) This case is hereby DISMISSED WITH PREJUDICE.

1

Further, because Petitioner cannot demonstrate that reasonable jurists would find the Court's assessment of Petitioner's claims debatable or wrong, a Certificate of Appealability will not issue. See <u>Slack v. McDaniel</u>, 529 U.S. 473, 483-84 (2000).

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE